UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 2:07-CR-039-JLQ |
| | ) |
| vs. | ) ORDER GRANTING MOTION TO STAY |
| MARK B. KABINS, | ) |
| Defendant. | ) |

The Government's Motion To Stay this court's Order of July 22, 2011 terminating the probation of the Defendant is Granted. The court's Order of July 22, 2011 was forwarded to the District of Nevada on July 22, 2011. The Government shall file any objection to the Defendant's Motion on or before July 28, 2011.

The Defendant's Motion was filed on July 7, 2011. The court assumed that any objection thereto would be promptly filed by the Government. The court also relied on and assumed that Local Rule of Criminal Procedure 12-1(a)(2) requiring responses to criminal motions to be filed within 11 days applied, although a closer reading of that Rule would indicate that the 11 day Rule applies to only pretrial motions. A more applicable Rule might be LCR 35-1 concerning modification of a sentence which allows for 20 days for a response.

The Clerk shall enter this Order and furnish copies to counsel.

Dated this 25th day of July, 2011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1